FILED
2022 Jun-06 PM 02:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

ELECTRONICALLY FILED
5/4/2022 5:47 PM
63-CV-2022-900383.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | | |
|---|---|---|
| LILLIE R. SMITH, an individual; | § § § | |
| Plaintiff; | § § | |
| vs. | § § | CV-2022-_____ |
| UNITED PARCEL SERVICE, INC. and Fictitious Defendants A through RR, | § § § § | |
| Defendant(s). | § § § | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff, Lillie R. Smith, is an individual over the age of 19 years and is a resident of Tuscaloosa County, Alabama.

2. Defendant, United Parcel Service, Inc. (UPS), is a Delaware corporation headquartered in Fulton County, Georgia and actively conducting business in the State of Alabama.

3. Fictitious defendants A through D, whether singular or plural, are the persons, firms, proprietorships, partnerships, corporations, and/or entities other than the above-named defendant(s), who or which caused or contributed to the incident in question.

4. Fictitious defendants E through H, whether singular or plural, are those persons, firms, persons, companies, corporations or entities who or manufactured and/or distributed any tools, materials, and/or other hardware involved in the occurrence made the basis of this lawsuit, or any of the component parts thereof.

5.      Fictitious defendants I through L, whether singular or plural, are those persons, firms, persons, companies, corporations or entities who had supervisory authority relating to the maintenance, operation, and/or to the selection, supervision, training, and hiring of persons involved in the occurrence made the basis of this lawsuit.

6.      Fictitious defendants M through P, whether singular or plural, are those persons, firms, persons, companies, corporations or entities who whose breach of contract or warranty contributed to cause the occurrence made the basis of this lawsuit.

7.      Fictitious defendants Q through T, whether singular or plural, are those persons, firms, persons, companies, corporations or entities that is the successor in interest of any of those entities described above.

8.      Fictitious defendants U through X, whether singular or plural, are those persons, firms, persons, companies, corporations or entities that was the predecessor corporation of any of the entities described above.

9.      Fictitious defendants Y through BB, whether singular or plural, are those persons, firms, persons, companies, corporations or entities who were involved in maintaining, repairing, placing warnings, other safety measures, and/or providing safety measures for the premises made the basis of this lawsuit.

10.     Fictitious Defendants CC through FF, whether singular or plural, are those persons, entities, heirs, assigns, administrators, representatives, estates, and/or other such representative who has and/or will be appointed by any court, contract, filing, governmental entity and/or any other entity with respect to any of the above named and/or fictitious parties due to change of name, change of status, death, incompetency, lack of capacity, dissolution, transfer of right,

transfer of ownership, mistake and/or any other event/reason which requires substitution and/or addition of named and/or fictitious parties for any purpose related to this suit.

11. The Plaintiff asserts that the identities of these fictitious defendants are presently unknown to them, and that their true names will be added by amendment when so ascertained as required and/or directed by the Court and Alabama Law.

## FACTS

12. On or about July 14, 2021 the Plaintiff was working as a Manager at Alabama Alcoholic Beverage Control Store #238 (ABC Store #238) on Lurleen Wallace Boulevard in Tuscaloosa County, Alabama.

13. At that time and location, an unidentified employee of Defendant UPS, driving truck number 192602, was making a delivery to ABC Store #238.

14. Defendant's employee was pushing boxes into the store on a hand cart when he struck the Plaintiff in the leg with the loaded hand cart causing her serious injury.

15. Defendant's employee had a history of harassing the Plaintiff, ABC employees, and customers prior to this incident.

16. As a result of this incident the Plaintiff has suffered injuries and damages.

## COUNT ONE - NEGLIGENCE/WANTONNESS/RECKLESSNESS

17. The Plaintiff realleges all previous paragraphs of the complaint.

18. The Plaintiff asserts that the Defendant's employee, while in the line and scope of his duties for UPS, negligently/wantonly/recklessly maneuvered a loaded hand cart causing the handcart to strike the Plaintiff.

19. In doing so, the Defendant's employee breached his duty to operate the hand cart reasonable and safe condition to protect the welfare and safety of the public at large.

20. The Plaintiff asserts that the Defendant was generally negligent/wanton/reckless resulting in the Plaintiff's injuries and damages.

21. The injuries suffered by the Plaintiff include, but are not limited to: physical injuries, pain and suffering, lost wages/income, emotional distress, lost wages, mental anguish, loss of the enjoyment of life, medical expenses, future medical expenses, miscellaneous expenses, inconvenience costs, property damage, and all other relief allowable under Alabama Law.

## COUNT TWO -- NEGLIGENT AND/OR WANTON SUPERVISION

22. The Plaintiff realleges all prior paragraphs of the Complaint as if set out fully herein.

23. Defendant UPS was negligent and/or wanton in failing to properly, adequately, and/or reasonably hire, supervise, monitor, train, regulate, instruct, manage, oversee, and/or otherwise guide their mechanics, employees, agents, associates, servants, delegates, and/or contractees the reasonable and safe performance of their duties.

24. Additionally, the employee in question had numerous complaints for harassment and breaches of protocol which were ignored by the Defendant.

25. As a proximate result of this negligence and/or wantonness, Plaintiff was caused to suffer injuries as a result of this accident.

## COUNT FOUR -- NEGLIGENT/WANTON HIRING/TRAINING/RETENTION

26. The Plaintiff realleges all prior paragraphs of the Complaint as if set out fully herein.

27.     Defendant UPS was negligent and/or wanton in failing to properly, adequately, and/or reasonably hire, monitor, train, regulate, instruct, manage, oversee, retain, and/or otherwise guide their employee, agent, associate, servant, delegate, and/or contractees in the reasonable and safe performance of his duties.

28.     Additionally, the employee in question had numerous complaints for harassment and breaches of protocol which were ignored by the Defendant.

29.     As a proximate consequence thereof, the Plaintiff was caused to suffer injuries as a result of this accident.

WHEREFORE these premises considered the Plaintiff respectfully requests an award of all damages allowable under Alabama Law including, but not limited to, compensatory and punitive damages.

Submitted, this the 4th day of May, 2022.

**THE PLAINTIFF REQUESTS A JURY TO BE STRUCK ON ALL ISSUES.**

/s/ Clint Mountain
Clint Mountain (MOU-012)
Attorney for the Plaintiff

**OF COUNSEL:**
MOUNTAIN & MOUNTAIN
2618 7th Street
Tuscaloosa, AL 35401
(205) 349-1740-phone

**Defendant's Service Address:**
United Parcel Service
Registered Agent: Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2022-900383.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**LILLIE SMITH V. UNITED PARCEL SERVICE**

**NOTICE TO:** UNITED PARCEL SERVICE, RA:CORPORATION SERVICE CO 641 SOUTH LAWRENCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), CLINT MOUNTAIN,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2885, TUSCALOOSA, AL 35403.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LILLIE SMITH pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 05/04/2022 | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ CLINT MOUNTAIN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.
*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Server's Printed Name)*   *(Phone Number of Server)*